**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 1**

| | |
|---|---|
| Victaulic Company **Plaintiff,** v. **UNITED STATES,** **Defendant.** | **S U M M O N S** **Court No.** 26-03210 |

**TO:**    The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/** ~~Mario Toscano~~ **Gina Justice**
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | 901; 1401; 1512; 1601; 1704; 2704; 3901; 4601; 5301 | Center (if known): | |
| Protest Number: | 270425174293; 270425173457 | Date Protest Filed: | December 23, 2025; September 25, 2025 |
| Importer: | Victaulic Company | Date Protest Denied: | January 8, 2026; January 16, 2026 |
| Category of Merchandise: | Parts of mechanical appliances | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See Exhibit. | See Exhibit. | See Exhibit. | See Exhibit. | See Exhibit. | See Exhibit. |
| | | | | | |
| | | | | | |
| | | | | | |

Nancy A. Fischer
1200 17th Street, NW
Washington, DC, 20036
(202) 663 8965
nancy.fischer@pillsburylaw.com

**Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney**

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | N/A | N/A |
| Protest Claim: | N/A | N/A |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| VicFlex Brackets | HTS 7326.90.8688 | 27.9% | HTS 8424.90.9080 | 0% |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: CBP denied the majority of Victaulic's protests regarding the VicFlex Bracket classification.

**The issue which was common to all such denied protests:**

All protests subject to this lawsuit concern the classification of VicFlex Brackets, which are parts of a Victaulic sprinkler hose assembly system (the "System"). CBP erroneously classified most of the brackets within Chapter 73, when they are in fact parts of mechanical appliances under HTS 8424.90.9080, as the VicFlex Brackets are suitable solely for use as a component of the system per General Note 2(b) to Section XVI.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

Nancy Fischer

Digitally signed by Nancy Fischer
Date: 2026.07.07 16:15:53 -04'00'

_____
*Signature of Plaintiff's Attorney*

7/7/2026

_____
*Date*

## SCHEDULE OF PROTESTS

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| See Exhibit. | See Exhibit. | See Exhibit. | See Exhibit. | See Exhibit. | See Exhibit. | See Exhibit. |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021; Oct. 1, 2025, eff. Oct 1, 2025.)